IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESSIE D. BATTLES MOORE | * | |
| | * | |
| v. | * | Civil No. JFM-96-3418 |
| | * | |
| SCIENTIFIC SPINAL, LTD., ET AL. | * | |
| | ***** | |

ORDER

The court file reflecting that no paper has been filed in court for more than nine months, it is, this 15th day of December 1999, pursuant to Local Rule 103.8.b,

ORDERED that the parties show cause on or before January 14, 2000 why this case should not be dismissed without prejudice.

_____
J. Frederick Motz
United States District Judge

