IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>* |
| Essie Moore | *<br>* |
| V. | *   Civil NO. JFM-96-3418<br>* |
| SCIENTIFIC SPINAL, LTD. | * |

**************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Essie Moore this ____ day of _____, 2000.

_____
J. Frederick Motz
United States District Judge