IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ESSIE D. BATTLES MOORE** | * | |
| **Plaintiff** | | |
| | * | |
| vs. | | Civil No.: JFM-96-3418 |
| | * | |
| **SCIENTIFIC SPINAL, LTD.,** | | |
| et al. | * | |
| **Defendant** | ****** | |

## ORDER

The parties having failed to show cause why this case should not be dismissed for lack of prosecution as required by the prior Order of this court, it is this ___13th___ day of ___July___, 2000,

ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

